People v Quinones (2021 NY Slip Op 50227(U))

[*1]

People v Quinones (Luigil)

2021 NY Slip Op 50227(U) [71 Misc 3d 127(A)]

Decided on March 18, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 18, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., JERRY GARGUILO, ELIZABETH H.
EMERSON, JJ

2019-769 W CR

The People of the State of New York,
Respondent, 
against
Luigil Quinones, Appellant. 

John P. Savoca, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of the Justice Court of the Town of New Castle, Westchester
County (Douglas J. Martino, J.), rendered February 26, 2019. The judgment convicted defendant,
upon his plea of guilty, of disorderly conduct, and imposed sentence. Assigned counsel has
submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to
withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
Upon an independent review of the record, we conclude that there are no nonfrivolous issues
which could be raised on appeal (see Anders v California, 386 US 738 [1967]). Counsel's
application for leave to withdraw as counsel is, therefore, granted (see id.; People v
Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252
[2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d
606 [1979]).
RUDERMAN, P.J., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 18, 2021